```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 18757
    AMANDA ALEXANDER
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

        Debtor
    SSN XXX-XX-1901


------------------------------------------------------------------------------
             TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
    The case was filed on 10/11/2007 and was confirmed 11/28/2007.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

    The case was dismissed after confirmation 10/01/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
------------------------------------------------------------------------------
AMERICASH LOANS            UNSECURED       NOT FILED            .00           .00
ARIZONA MAIL ORDER CO      UNSECURED       NOT FILED            .00           .00
ARROW FINANCIAL SERVICES   UNSECURED       NOT FILED            .00           .00
CAPITAL ONE                UNSECURED          1118.69           .00        233.84
CAPITAL ONE SERVICES       UNSECURED       NOT FILED            .00           .00
CERTEGY PAYMENT RECOVER    UNSECURED       NOT FILED            .00           .00
CHECK N GO                 UNSECURED       NOT FILED            .00           .00
ALLIANCE ASSET             NOTICE ONLY     NOT FILED            .00           .00
CORTRUST BANK              UNSECURED       NOT FILED            .00           .00
CREDIT UNION               UNSECURED       NOT FILED            .00           .00
DEVON FINANCIAL SERVICE    UNSECURED          1718.98           .00        359.34
DISTRICT FINANCIAL SERVI   UNSECURED           602.50           .00        125.95
CASH ADVANCE               UNSECURED       NOT FILED            .00           .00
HOUSEHOLD CREDIT SERVICE   UNSECURED       NOT FILED            .00           .00
ECAST SETTLEMENT CORP      UNSECURED           555.70           .00        116.00
HYUNDAI MOTOR FINANCE      FILED LATE          6836.93          .00           .00
MIDLAND FUNDING            NOTICE ONLY     NOT FILED            .00           .00
IC SYSTEMS                 UNSECURED       NOT FILED            .00           .00
ILLINOIS COLLEGE OF OPTO   UNSECURED       NOT FILED            .00           .00
MAJESTIC STAR CASINO       UNSECURED       NOT FILED            .00           .00
ACA RECOVERY               NOTICE ONLY     NOT FILED            .00           .00
CERTEGY                    NOTICE ONLY     NOT FILED            .00           .00
JEFFERSON CAPITAL SYSTEM   UNSECURED          1302.19           .00        272.22
OFFICE OF CIRCUIT COURT    NOTICE ONLY     NOT FILED            .00           .00
BLATT HASENMILLER LEIBSK   NOTICE ONLY     NOT FILED            .00           .00
MIDNIGHT VELVET            UNSECURED           476.72           .00         99.73
MRC RECEIVABLES CORPORAT   UNSECURED       NOT FILED            .00           .00
OFFICE OF CIRCUIT COURT    NOTICE ONLY     NOT FILED            .00           .00
ROUNDUP FUNDING LLC        UNSECURED           231.00           .00         48.27
NEW MILLENNIUM BANK        UNSECURED       NOT FILED            .00           .00
NEW MILLENNIUM BANK        UNSECURED       NOT FILED            .00           .00
PAY DAY LOAN STORE         UNSECURED       NOT FILED            .00           .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 18757 AMANDA ALEXANDER
```

```
FIRST PREMIER BANK          UNSECURED       NOT FILED              .00           .00
SALUTE VISA                 UNSECURED       NOT FILED              .00           .00
THE BUREAUS                 UNSECURED       NOT FILED              .00           .00
JEFFERSON CAPITAL SYSTEM    UNSECURED          627.92              .00        127.36
TRS RECOVERY SERVICES       UNSECURED       NOT FILED              .00           .00
US DEPT OF EDUCATION FIS    UNSECURED        41471.82              .00       8654.40
XPRESS CASH                 UNSECURED       NOT FILED              .00           .00
PETER FRANCIS GERACI        DEBTOR ATTY      2,000.00                       2,000.00
TOM VAUGHN                  TRUSTEE                                         1,007.89
DEBTOR REFUND               REFUND                                          1,185.00

        Summary of Receipts and Disbursements:
-----------------------------------------------------------------------------
                        RECEIPTS            DISBURSEMENTS
-----------------------------------------------------------------------------
TRUSTEE                14,230.00

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                       10,037.11
ADMINISTRATIVE                                   2,000.00
TRUSTEE COMPENSATION                             1,007.89
DEBTOR REFUND                                    1,185.00
                       ---------------        ---------------
TOTALS                 14,230.00                14,230.00
```

   Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
    Dated: 01/27/09                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE